# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

      **Debtor:** JULIAN GEORGE & KELLY ANNE DOYEN
      **Case Number:** 4:08-BK-10637-EWH    **Chapter:** 13
      **Date / Time / Room:** THURSDAY, SEPTEMBER 03, 2009 02:00 PM   COURTROOM 206
      **Bankruptcy Judge:** EILEEN W. HOLLOWELL
      **Courtroom Clerk:** TERESA MATTINGLY
      **Reporter / ECR:** EUNICE STROUD

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF WELLS FARGO BANK, N.A.

      **R / M #:** 50 / 0

## *Appearances:*

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
ERIC SLOCUM SPARKS, ATTORNEY FOR JULIAN GEORGE DOYEN, KELLY ANNE DOYEN
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK, Appearing in Phoenix

## *Proceedings:*

Mr. McDonald states the debtor is due for May 2009 forward. He is not sure of the status but believes a loan modification request has been made.

Mr. Sparks states that the debtor is trying to keep current. He asks for a final hearing.

COURT: THE HEARING IS CONTINUED TO A ONE-MINUTE FINAL ON THURSDAY, OCTOBER 1, 2009 AT 2:00 P.M. MR. MCDONALD TO PROVIDE SOMETHING FROM MS. DENNING AS TO WHETHER THERE IS AN ACTIVE LOAN MODIFICATION. AN AMENDED CONDUIT PAYMENT PLAN TO BE FILED.