# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JULIAN GEORGE & KELLY ANNE DOYEN |
| **Case Number:** | 4:08-BK-10637-EWH      **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 01, 2009 02:00 PM   COURTROOM 206 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matter:*

FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF WELLS FARGO BANK, N.A. (set at hrg. held 9/3/09)

**R / M #:**   50 / 0

## *Appearances:*

ERIC SLOCUM SPARKS, ATTORNEY FOR JULIAN GEORGE DOYEN, KELLY ANNE DOYEN
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK, Appearing in Phoenix

## *Proceedings:*

Mr. McDonald believes at the last hearing this was determined to be a conduit case but no amended plan has been filed.

Mr. Sparks states client has informed him that a modification has been worked out. They plan to file the conduit plan but will include the modification.

COURT: THE HEARING IS CONTINUED TO THURSDAY, OCTOBER 8, 2009 AT 9:00 A.M.