# Minute Entry

## Hearing Information:

**Debtor:** JULIAN GEORGE & KELLY ANNE DOYEN
**Case Number:** 4:08-BK-10637-EWH  **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 08, 2009 09:00 AM  COURTROOM 446
**Bankruptcy Judge:** EILEEN W. HOLLOWELL
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** EUNICE STROUD

## Matter:

CONTINUED FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF WELLS FARGO BANK, N.A. (set at hrg. held 9/3/09) (cont. from 10/01/09)

**R / M #:**  50 / 0

## Appearances:

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
ERIC SLOCUM SPARKS, ATTORNEY FOR JULIAN GEORGE DOYEN, KELLY ANNE DOYEN
LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK, Appearing by telephone

## Proceedings:

Mr. Sparks understand the debtors are trying to do a short sale. They do not oppose an order lifting the stay.

COURT: THE MOTION IS GRANTED. THE 10 DAYS ARE NOT WAIVED. Counsel to submit the form of order.