**ORDERED.**



Dated: October 21, 2009



_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-18720/0200453249

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Julian George Doyan and Kelly Anne Doyan<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Julian George Doyan and Kelly Anne Doyan,<br>Debtors; Dianne C. Kerns, Trustee.<br><br>      Respondents. | No. 4:08-bk-10637-EWH<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 50) |

      This matter having come before the Court for a Preliminary Hearing on October 8, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Eric Slocum Sparks, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated January 11, 2006, and recorded on January 11,

2006, in the office of the Coconino County Recorder at 060101322 wherein Wells Fargo Bank, N.A. is the current beneficiary and Julian George Doyan and Kelly Anne Doyan have an interest in, further described as:

    Lot 35, CASAS ADOBE, according to Book 14 of Maps, page 100, records of Cochise County, Arizona.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ____ day of _____, 2009.

                                                                     _____

                                                                       JUDGE OF THE U.S. BANKRUPTCY COURT